Exhibit "A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VAu 990-319**

**Effective date of registration:**

June 8, 2009

---

## Title
**Title of Work:** N-46

## Completion/Publication
**Year of Completion:** 2009

## Author
- **Author:** Tom Hussey
- **Author Created:** photograph(s)
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Tom Hussey
154 Express Street, Dallas, TX, 75207, United States

## Rights and Permissions
- **Organization Name:** TOM HUSSEY Photography, LLC
- **Name:** Tom Hussey
- **Email:** me@tomhussey.com
- **Telephone:** 214-741-4034
- **Address:** 154 Express Street
  Dallas, TX 75207 United States

## Certification
- **Name:** Tom Hussey
- **Date:** June 8, 2009
- **Applicant's Tracking Number:** N-46 Copyright

---

**Correspondence:** Yes

Page 1 of 1