Exhibit "B"





Page 1
Facebook
https://www.facebook.com/photo/?fbid=10165711596945427&set=pcb.10165711605525427



Page 1
Facebook
https://www.facebook.com/photo/?fbid=10165711597060427&set=pcb.10165711605525427









